# United States District Court
## WESTERN DISTRICT OF TENNESSEE

## JUDGMENT IN A CIVIL CASE

COURTNEY MEANS,
Plaintiff,

v.

CASE NUMBER: 2:13-cv-2836-JDT

JERRY LESTER, et al.,
Defendants.

**Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 2/26/14, judgment is entered in accordance with the January 15, 2014, order of dismissal.

    Therefore, it is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal in this matter by Plaintiff would not be taken in good faith.  For analysis under 28 U.S.C. § 1915(g) of future filings, if any, by Plaintiff, this is the second dismissal of one of his cases as frivolous or for failure to state a claim.  This "strike" shall take effect when judgment is entered.

APPROVED:

                                      **s/ James D. Todd**
                                      JAMES D. TODD
                                      UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

BY: s/Anna Jordan
DEPUTY CLERK